Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>BLAIR D. SJOBERG,<br><br>Defendant. | Docket Number:  6:18-mj-0052-JDP<br><br>**MOTION TO VACATE INTERIM REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson, hereby moves the Court for an Order to Vacate the interim review hearing currently scheduled in this matter for May 5, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on May 7, 2019. The Defendant has a final review hearing set for May 4, 2021.

.

Dated:  April 29, 2020                                 /S/ Sean O. Anderson
                                                                  Sean O. Anderson
                                                                  Acting Legal Officer
                                                                  Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the interim review hearing scheduled for May 5, 2020 in the above-referenced matter, *United States v. Sjoberg*, 6:18-mj-0052-JDP, be vacated.

IT IS SO ORDERED.

Dated:   April 30, 2020                                   _____
                                                          UNITED STATES MAGISTRATE JUDGE

2